STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. FRED-
ERICK S. BOYD, PLAINTIFF IN ERROR.

Submitted December 7, 1914—Decided March 1, 1915.

On error to the Supreme Court, whose opinion is reported
in 86 *N. J. L.* 75.

For the defendant in error, *Michael Dunn.*

For the plaintiff in error, *Henry Marelli.*

PER CURIAM.

The judgment under review herein should be affirmed for the reasons expressed in the opinion delivered by Mr. Justice Parker, in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, BOGERT, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, JJ. 13.

*For reversal*—None.